# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 7 | DOC-13 |
| CHARLES P. SCHAFER, ) | | |
| CYNTHIA L. SCHAFER, ) | Case No: 13-44475-705 | |
| Debtors, ) | ORDER | |
| ) | | |

**ORDER**

The Court having considered the record on this 12th day of August 2013, and determined that cause does exist.  Therefore:

IT IS ORDERED that Debtors' motion to delay entry of Discharge Order to 9/13/2013 is hereby GRANTED.

DATED:  August 14, 2013                                         CHARLES E. RENDLEN, III
St. Louis, Missouri 63102                                        U.S. Bankruptcy Judge
mtc

Prepared by:
Marie Guerrier Allen, # 42990 MO
Attorney for Debtor
P. O. Box  411281
St. Louis, MO  63141

Copies forwarded to:

Charles P and Cynthia L Schafer            *Office of the US Trustee*
611 Big Bend Drive                                   *111 S. 10th Street, Room 6353*
Wentzville, MO  63385                             *St. Louis, MO  63102*

Charles W. Riske                                      Scott Credit Union
231 S Bemiston #1220                             P. O. Box 70
Clayton, MO  63105                                 Edwardsville, IL 62025

Cenlar                                                         BMO Harris Bank NA
P. O. Box 211091                                      P. O. Box 6201
Saint Paul MN 55121                                Carol Stream IL 60197

Wells Fargo
P. O. Box 4233
Portland OR 97208